**Jose Luis OCHOA, Petitioner–Appellant**

v.

**WARDEN, REEVES COUNTY DETENTION CENTER III; United States Bureau of Prisons; Department of Homeland Security; Eric H. Holder, Jr., U.S. Attorney General, Respondents–Appellees.**

No. 10–50844

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 12, 2013.

Jose Luis Ochoa, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

Jose Luis Ochoa, federal prisoner # 64218–179, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. The petition is foreclosed by this court's deci-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

sion in *Gallegos–Hernandez v. United States*, 688 F.3d 190, 192–93 (5th Cir.2012), *cert. denied*, —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365 (2012).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.